WALKER D. HINES, DIRECTOR-GENERAL OF RAILROADS, *Plaintiff in Error,* v. MRS. NELLIE W. TAYLOR, *Defendant Error.*

Opinion Filed March 3, 1920.

Petition for rehearing denied April 13, 1920.

1. So much of Section 1, Chapter 5214, Acts of 1903, Section 2875, Compiled Laws, 1914, as provides for the recovery of double damages for the killing of stock by railroad companies by reason of failure to fence tracks is not applicable in suits against railroads operated by the Federal Government under Act of Congress of 1918.

2. Attorneys' fees by statute being made costs and recoverable as such in suits against railroad companies for failure to fence their roads may be collected in suits brought against the Director-General.

A Writ of Error to the Circuit Court for Madison County; M. F. Horne, Judge.

Judgment affirmed if remittitur entered.

*R. H. Rowe,* for Plaintiff in Error;

*Charles E. Davis,* for Defendant in Error.

WILLS, Circuit Judge.—This writ of error was taken to a judgment for damages for live stock killed on a railroad. The verdict found the value of one animal to be $75.00, and of two others to be $45.00 each. The judgment awards double damages for the first and actual damages for the other two animals, and allowed $47.50 as attorney fees. The statute in one class of cases allows the recovery of double damages and all costs, "which costs shall include a reasonable attorney's fee, said fee to be determined by the court." Sec. 1, Chap. 5214, Acts of 1903, Sec. 2875, Compiled Laws, 1914.

This action being in effect against the United States by its permission pursuant to the Act of Congress of 1918 and the General Orders issued thereunder, the penalty portion of the statute is not applicable; but the provision for a reasonable attorney's fee is taxable as costs and not as a penalty. Under the evidence a reasonable attorney's fee was adjudged to be $25.00 for settling the pleadings, and 15% on the recovery. This would be $25.00 plus 15% of $75.00, making a total of $36.25 attorney's fees.

The plaintiff below will be permitted to enter a remittitur for all the judgment except $75.00 for one animal and $45.00 each for the other two animals, and $36.25 for attorney's fees, besides court costs, upon which the judgment will stand affirmed for the amounts stated above.

PER CURIAM.—The record in this cause having been considered by this court, and the foregoing opinion prepared under Chapter 7837, Acts of 1919, adopted by the court as its opinion, it is considered, ordered and adjudged by the court that the judgment herein be and the same is hereby affirmed, upon the entering of a remittitur as stated in the opinion.

BROWNE, C. J., AND TAYLOR, WHITFIELD, ELLIS AND WEST, J. J., concur.